December 4, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DIANNE CARROLL  FITZPATRICK, Appellant

NO. 14-12-00961-CV                          V.

STATE FINANCIAL SERVICES—SPRINGLEAF, INC. D/B/A SPRINGLEAF
FINANCIAL SERVICES OF TEXAS, INC. F/K/A AMERICAN GENERAL
FINANCIAL SERVICES OF TEXAS, INC, Appellee

———————————————————

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on March 2, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Dianne Carroll Fitzpatrick.

We further order this decision certified below for observance.